IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

RICHARD HOGG,

        Defendant.

CRIMINAL NO. 15-CR-30079-DRH

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On April 26, 2016, this court entered an order for forfeiture against defendant Richard Hogg for the following property which had been seized from the defendant:

> **One Dell desktop computer, Model Number Inspiron 560 S, bearing serial number 58VKDQ1;**

> **One Seagate external hard drive, Model Number BUP Slim BK, bearing serial number NA787MRQ; and**

> **One Dell desktop computer, Model Number Inspiron One 2020, bearing serial number 2DMW9RJ.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 8, 2016, and ending July 7, 2016, and that no third party filed a petition within 30

days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 26, 2016, namely:

**One Dell desktop computer, Model Number Inspiron 560 S, bearing serial number 58VKDQ1;**

**One Seagate external hard drive, Model Number BUP Slim BK, bearing serial number NA787MRQ; and**

**One Dell desktop computer, Model Number Inspiron One 2020, bearing serial number 2DMW9RJ.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law.  The disposal may, at the discretion of the United States, include the destruction of the property.  The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.08.15
17:21:53 -05'00'

**United States District Judge**